# Court of Appeals
# of the State of Georgia

ATLANTA, September 20, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0115.  THOMAS G. DEAN v. DAX LOPEZ, et al.**

Thomas G. Dean filed a civil action against Dax Lopez, Sherry Boston, and DeKalb County.  On June 19, 2012, the trial court granted the defendants' motion to dismiss.  Dean filed his notice of appeal on August 1, 2012.  We lack jurisdiction.

OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days of entry of the order on appeal. The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court.  *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Because Dean filed his notice of appeal 43 days after the trial court entered its order, the appeal is untimely.  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta, 09/20/2012
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*